

**Department of the Treasury**
**Internal Revenue Service**
**Appeals Office (Mailing Address)**
1111 Constitution Avenue, NW
Mail Stop: C:AP, Suite 700
Washington, DC 20224-0002

SOPHIA KIM
6620 NAPOLI RD
TEMPLE HILLS, MD 20748-2726

**Date:**
11/15/2016
**Person to contact:**
  Name: Sheryl L Fast
  Employee number: 0219813
  Telephone: 202-317-8863
  Fax: 855-556-7567
  Contact hours: 6:00 am to 2:30 pm
**Re:**
  Income Tax Liability
**Tax periods ended:**
12/2005

Dear Ms. Kim:

Appeals approved the settlement we reached and we will process and close your case.

At the conclusion of the Appeals process, we may ask you to participate in an Appeals customer satisfaction survey. Your participation is voluntary and the survey will not ask for personal or financial information of any kind. We'll use the results of the survey to improve the Appeals process and our service to taxpayers.

If you have questions, you can contact the person listed at the top of this letter.

Sincerely,

Robert L Bryant
Appeals Team Manager

**Letter 913 (Rev. 11-2014)**
Catalog Number 15858S